4

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Alan S. Fukushima

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re: )

MARK THOMAS GARCIA, )

Debtor. )
_____ )

CASE NO. 20-23016-C-7

D.C. NO. BHS-9

**MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 16903 LAWRENCE WAY, GRASS VALLEY, CALIFORNIA 95949 AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION**

DATE: January 13, 2021
TIME: 10:00 a.m.
DEPT: C; COURTROOM 35
Hon. Christopher M. Klein

　　　Alan S. Fukushima, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell the real property commonly known as: 16903 Lawrence Way, Grass Valley, California 95949; APN 20-860-21-000 ("Subject Property") pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code with existing liens and property taxes, if any, being paid by the estate through escrow for a net of $397,000.00 ($405,000.00 less $8,000.00 credit to buyer for recurring and non-recurring closing costs) "as-is" and "where-is" with no warranties or guarantees. In support of his Motion, the Trustee states the following:

1.    This Chapter 7 case was commenced on June 16, 2020 and the Trustee was appointed that day.

2.    The Debtor is exempting the Subject Property in the amount of $25,000.00 pursuant to a stipulation between the Debtor and the Trustee (DCN BHS-8; Dkt No. 81).

3.    The Trustee is aware of the following liens on the Subject Property, totaling approximately $323,075.67:

    a.    SN Servicing - $173,776.65

    b.    Select Portfolio - $118,220.49

    c.    IRS - $28,478.53

    d.    FTB - $2,600.00  (estimated)

4.    The Trustee wishes to sell the Subject Property "as-is" and "where-is" with no warranties or guarantees to Joshua Zimmer and Alli Zimmer (hereinafter "the Buyers") for a net of $397,000.00 ($405,000.00 less $8,000.00 credit to buyer for recurring and non-recurring closing costs).  A copy of the California Residential Purchase Agreement and Joint Escrow Instructions is Exhibit "A." The Buyers have placed a $4,000.00 deposit with the Trustee, which is non-refundable upon Court approval. The Trustee believes it is in the best interest of the estate to sell the Subject Property to the Buyers for a net of $397,000.00 ($405,000.00 less $8,000.00 credit to buyer for recurring and non-recurring closing costs).

| | |
|---|---|
| Sale price - net | $397,000.00 |
| Realtor fee | ($20,250.00) |
| Liens (see above) | ($323,075.67) |
| Exemption | ($25,000.00) |
| Closing costs | ($4,416.82) |
| Net after costs of sale | $24,257.51 |

*See*, Seller's Estimated Settlement Statement, Exhibit "B."

6.    The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

    (a)    Overbidding shall start at $398,000.00 net to the estate, with the buyer agreeing to all terms and conditions in the Residential Purchase Agreement, a copy of

MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 16903 LAWRENCE WAY, GRASS VALLEY, CALIFORNIA 95949 AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION

2

1   which is Exhibit "A."   The overbids shall be in minimum $1,000.00 increments.

2            (b)      To qualify as a bidder, the bidder must send to the Trustee or his

3   attorney a Cashier's Check or a certified check for $5,000.00 made payable to Alan S.

4   Fukushima by no later than noon on January 8, 2021.  This Cashier's or certified check

5   shall serve as a non-refundable deposit if the overbid is successful.

6            (c)      The successful overbidder must deliver to the Trustee a Cashier's or

7   certified check for the overbid amount within 48 hours of Court approval of the sale.

8            (d)      Escrow to close within thirty (30) days of the entry of order of Court

9   approval of this sale.

10          7.      The Trustee seeks authority to execute any and all additional conveyances,

11  assignments, schedules and other documents as may be necessary to consummate this

12  sale.  The Trustee seeks specific authority to pay the existing liens and agreed closing

13  costs, including pro-rata Nevada County taxes.  The Trustee also seeks specific authority

14  to pay the Court-approved Realtor Kent James Stewart Barber aka Jamie Barber a

15  commission of 5% of the total sales price through escrow.  If the successful bidder has

16  their own Realtor, the 5% commission will be split between Kent James Stewart Barber aka

17  Jamie Barber and the Buyer's Realtor.

18          8.      The Trustee further seeks a waiver of the fourteen day waiting period

19  imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h), as the Debtor is in favor

20  of the sale.

21          WHEREFORE, Alan S. Fukushima respectfully requests that he be authorized to

22  sell the real property commonly known as:16903 Lawrence Way, Grass Valley, California

23  95949; APN 20-860-21-000 "as-is" with existing liens and property taxes, if any, being paid

24  by the estate through escrow, to Joshua Zimmer and Alli Zimmer for a net of $397,000.00

25  ($405,000.00 less $8,000.00 credit to buyer for recurring and non-recurring closing costs),

26  pursuant to the California Residential Purchase Agreement and Joint Escrow Instructions,

27  a copy of which is Exhibit "A." The sale is being made pursuant to the provisions of section

28  363(b) of the Bankruptcy Code, with the estate paying the agreed closing costs; and that

1   the Trustee be authorized to execute any and all additional conveyances, assignments,

2   schedules and other documents as may be necessary to consummate this sale.  The

3   Trustee also seeks specific authority to pay the Court-approved Realtor Kent James

4   Stewart Barber aka Jamie Barber a commission of 5% of the total sales price through

5   escrow.  If the successful bidder has their own Realtor, the 5% commission will be split

6   between Kent James Stewart Barber aka Jamie Barber and the Buyer's Realtor. The

7   Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule

8   of Bankruptcy Procedure, Rule 6004(h), as the Debtor is in favor of the sale.

9                                   Respectfully submitted,

10  DATED: December 22, 2020        LAW OFFICE OF BARRY H. SPITZER

11                                  By: _____

12                                     BARRY H. SPITZER
                                       Attorneys for Alan S. Fukushima,
13                                     Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 16903 LAWRENCE
WAY, GRASS VALLEY, CALIFORNIA 95949 AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION
4