BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile: (916) 442-9003

Attorneys for Chapter 7 Trustee
Alan S. Fukushima

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARK THOMAS GARCIA,<br><br>                Debtor. | CASE NO. 20-23016-C-7<br><br>D.C. NO. BHS-9<br><br>**WITHDRAWAL OF NOTICE OF MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 16903 LAWRENCE WAY, GRASS VALLEY, CALIFORNIA 95949 AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION**<br><br>DATE: January 13, 2021<br>TIME: 10:00 a.m.<br>DEPT: C; COURTROOM 35<br>Hon. Christopher M. Klein |

     TO THE UNITED STATES TRUSTEE, ALL CREDITORS, PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that Alan S. Fukushima, duly appointed Chapter 7 Trustee (hereinafter referred to as "Trustee") **withdraws** the noticed motion to sell the estate's interest in the real property commonly known as: 16903 Lawrence Way, Grass Valley, California 95949; APN 20-860-21-000 to Joshua Zimmer and Alli Zimmer. The proposed buyers submitted a cancellation of contract and forfeited the $4,000.00 deposit.

/ / / /

1 | The Trustee anticipates bringing a new motion to sell the real property once a buyer
2 | is in contract to purchase the real property.

3 | DATED: January 8, 2021     LAW OFFICE OF BARRY H. SPITZER

4 |                            By: /s/ Barry H. Spitzer
5 |                            BARRY H. SPITZER
                               Attorneys for Alan S. Fukushima,
                               Chapter 7 Trustee

WITHDRAWAL OF NOTICE OF MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 16903 LAWRENCE WAY, GRASS VALLEY, CALIFORNIA 95949 AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION

2